UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH FORGIONE : CHAPTER 13
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
vs. :
:
JOSEPH FORGIONE :
    Respondent(s) : CASE NO. 5-16-bk-00029

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

    AND NOW, this 21st day of July, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

        a. Proof of Claim for Pa. Department of Revenue and Pa. Labor and industry.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a. Deny confirmation of debtor(s) plan.
        b. Dismiss or convert debtor(s) case.
        c. Provide such other relief as is equitable and just.

                      Respectfully submitted:

                      Charles J. DeHart, III
                      Standing Chapter 13 Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      (717) 566-6097

            BY:    /s/Agatha R. McHale
                      Attorney for Trustee

## CERTIFICATE OF SERVICE

   AND NOW, this   21st   day of July, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Philip W. Stock, Esquire
706 Monroe Street
Stroudsburg, PA   18360

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee