```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-00029-JJT
Joseph Forgione                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner     Page 1 of 1     Date Rcvd: Sep 12, 2016
                     Form ID: ntcltrdb     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
4738662     +PA DEPT OF REVENUE,    BUSINESS TRUST FUND TAXES,    PO BOX 280905,    HARRISBURG, PA 17128-0905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
       Alexandra Teresa Garcia    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
       Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ASwartz@mwc-law.com, ecfmail@mwc-law.com
       Celine P DerKrikorian    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
       Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       Philip W. Stock    on behalf of Debtor Joseph   Forgione pwstock@ptd.net
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 7

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Joseph Forgione<br>Debtor(s) | Chapter | 13 |
| | Case No. | 5:16−bk−00029−JJT |

## **Notice**

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#4) has been filed by the Debtor on behalf of PA Dept Rev Business Trust Fund in the amount of $61537.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2016 |