```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-00029-JJT
Joseph Forgione                                                     Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr              Page 1 of 1         Date Rcvd: Jun 26, 2018
                              Form ID: pdf010              Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
```
db          +Joseph Forgione,    223 Cactus Rd.,    Stroudsburg, PA 18360-6677
aty         +Andrew Ryan Garcia,    Bank of America,    16001 North Dallas Pkwy,    Addison, TX 75001-3311
4739672     +BAC Home Loans Servicing LP,    101 North Tryon Street,    Charlotte,NC 28246-0100
4738656     +BANK OF AMERICA,    PO BOX 5170,    SIMI VALLEY, CA 93062-5170
4784792      BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
4783354      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4738658     +CHRISTOPHER FORGIONE,    1346 SAXON AVE,    BAYSHORE, NY 11706-4745
4738659     +JOSEPH METROVICH,    29 CHATFIELD RD.,    BRONXVILLE, NY 10708-2703
4738660     +LORRAINE FORGIONE,    223 CACTUS RD,    STROUDSBURG, PA 18360-6677
4738662     +PA DEPT OF REVENUE,    BUSINESS TRUST FUND TAXES,    PO BOX 280905,    HARRISBURG, PA 17128-0905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4738661     +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 26 2018 19:03:32
              PA DEPT OF LABOR & INDUSTRY,    651 BOAS STREET,    HARRISBURG, PA 17121-0725
4831275     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 19:03:17      PA DEPT OF REVENUE,
              BUSINESS TRUST FUND TAXES,    HARRISBURG, PA 17128-0001
4847789      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 19:03:17
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*          BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*          BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*          BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*          BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
cr*          BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL   33631-3785
4738657*    +BANK OF AMERICA,    PO BOX 5170,    SIMI VALLEY, CA 93062-5170
                                                                                      TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Philip W. Stock    on behalf of Debtor 1 Joseph  Forgione pwstock@ptd.net
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Joseph Forgione

Chapter: 13
Case No.: 5:16-bk-00029-JJT

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

DATED: June 26, 2018